UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DANIEL WALLACE,<br><br>                        Plaintiff,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES<br>CORPORATION;<br>RED HAT, INC.; and<br>NOVELL, INC.<br>                        Defendants. | Case No. 1:05-cv-678-SEB-VSS |

## NOTICE OF POTENTIALLY RELATED CASE

Come now Defendants Red Hat, Inc. and Novell, Inc., pursuant to Local Rule 40.1, and notify the Court of a potentially related action, styled *Daniel Wallace v. Free Software Foundation, Inc.*, pending under Cause No. 1:05-cv-0618 before the Honorable John D. Tinder.

By filing this notice, Defendants do not concede that the cases necessarily meet the Court's standards for relatedness, but notify the Court so that it can take such action, if any, as it deems appropriate.

Respectfully submitted,

ICE MILLER

 s/ Philip A. Whistler
Philip A. Whistler
(philip.whistler@icemiller.com)
Curtis W. McCauley
(curtis.mccauley@icemiller.com)

ICE MILLER
One American Square, Box 82001
Indianapolis, Indiana 46282-0200
Telephone: (317) 236-2100

Counsel for Defendants Red Hat, Inc. and Novell, Inc.

**CERTIFICATE OF SERVICE**

      I certify that a copy of the foregoing has been served upon the following by first-class United States mail, postage prepaid, this 13th day of July, 2005.

Daniel Wallace
P.O. Box 572
New Palestine, IN  46163

                                              s/ Philip A. Whistler
                                              Philip A. Whistler

INDY 1578542v.1