UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| DANIEL WALLACE, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:05-cv-678 RLY-VSS |
| | ) | |
| INTERNATIONAL BUSINESS | ) | |
| MACHINES CORPORATION; RED HAT, | ) | |
| INC.; and NOVELL, INC., | ) | |
|     Defendants. | ) | |

ORDER ON PLAINTIFF'S MOTION TO AMEND COMPLAINT

Comes now the court, having reviewed Plaintiff's Motion to Amend the Complaint (docket no. 48), and finds that Plaintiff's motion should be **granted**. In light of the fact that the amendment will be allowed, Defendants' pending Motions to Dismiss (docket nos. 25, 32, and 40) are **denied** as moot.

Dated: January 18, 2006.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Copy to:

Daniel Wallace
P.O. Box 572
New Palestine, IN 46163

Electronic copies to:

Michael H. Gottschlich
BARNES & THORNBURG LLP
mgottsch@btlaw.com

Curtis W. McCauley
ICE MILLER LLP
mccauley@icemiller.com

Kendall H. Millard
BARNES & THORNBURG LLP
kmillard@btlaw.com

Philip A. Whistler
ICE MILLER LLP
philip.whistler@icemiller.com