UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DANIEL WALLACE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Cause No. 1:05-cv-678-SEB-VSS |
| INTERNATIONAL BUSINESS MACHINES ) | |
| CORPORATION, RED HAT, INC., and NOVELL, ) | |
| INC., ) | |
| ) | |
| Defendants. ) | |

### REASSERTED MOTION TO DISMISS OF DEFENDANTS RED HAT AND NOVELL

Pursuant Federal Rule of Civil Procedure 12(b)(6), Defendants Red Hat, Inc. ("Red Hat"), and Novell, Inc. ("Novell"), reassert their motion to dismiss Plaintiff's attempted claims under the Sherman Act, 15 U.S.C. § 1, *et seq.* In support of their Reasserted Motion to Dismiss, Red Hat and Novell, incorporate by reference their briefing on their prior Motion to Dismiss. Furthermore, Red Hat and Novell join in the arguments made by IBM in Brief submitted by IBM in support of IBM's Reasserted Motion to Dismiss (Docket No. 52).

WHEREFORE, Red Hat and Novell request for the Court to dismiss Plaintiff's Second Amended Complaint with prejudice under Rule 12(b)(6) of the Federal Rules of Civil Procedure, and for all other necessary and proper relief.

Respectfully submitted,

s/ Curtis W. McCauley
Philip A. Whistler (#1205-49)
Curtis W. McCauley (#16456-49)

Attorneys for Defendants Red Hat, Inc., and Novell, Inc.

ICE MILLER
One American Square Box 82001
Indianapolis, IN 46282-0002
317.236.2100

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 1st day of February 2006, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Michael Gottschlich
BARNES & THORNBURG
mgottsch@btlaw.com

Kendall H. Millard
BARNES & THORNBURG
kmillard@btlaw.com

The undersigned hereby certifies that on the 1st day of February 2006, a copy of the foregoing has been deposited in the U.S. mail, first class postage prepaid, addressed to:

Daniel Wallace
P.O. Box 572
New Palestine, IN  46163

s/ Curtis W. McCauley
Curtis W. McCauley

ICE MILLER
One American Square Box 82001
Indianapolis, IN 46282-0002
317.236.2100