UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS  DIVISION

| | | |
|---|---|---|
| DANIEL WALLACE, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:05-cv-678 RLY-VSS |
| | ) | |
| INTERNATIONAL BUSINESS | ) | |
| MACHINES CORPORATION; RED HAT, | ) | |
| INC.; and NOVELL, INC., | ) | |
| Defendants. | ) | |

## FINAL JUDGMENT

Comes now the court, having **GRANTED** Defendants' Motions to Dismiss, and enters final judgment in Defendants' favor and against Plaintiff.

Dated:  May 16, 2006.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

s/ Christina L. Leighty
By: Deputy Clerk

Copy to:

Daniel Wallace
P.O. Box 572
New Palestine, IN 46163


Electronic copies to:

Michael H. Gottschlich
BARNES & THORNBURG LLP
mgottsch@btlaw.com

Curtis W. McCauley
ICE MILLER LLP
mccauley@icemiller.com

Kendall H. Millard
BARNES & THORNBURG LLP
kmillard@btlaw.com

Philip A. Whistler
ICE MILLER LLP
philip.whistler@icemiller.com